## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1781         Assigned/Issued By: J. N.

Judge Name: DOW, JR.          Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____        Receipt #: 2647307_____

Date Payment Rec'd: 3-27-08_____        Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                         *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets            ☐ Other
☐ Writ _____              _____
       *(Type of Writ)*                   *(Type of issuance)*

1____ Original and 0_____ copies on 3/27/08_____ as to DEFENDANT_____
                                          *(Date)*