IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTINCTIVE SPACES INC.<br><br>Defendant. | Case No. 08 C 1781<br><br>Judge Dow |

MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on March 27, 2008 and the summons and complaint was served on Bruce Paterson, registered agent on April 13, 2008 via the Process Server. **(Exhibit A, affidavit of service)**

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.  The Defendant submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $27,744.75 for the months of November 2007 through January 2008. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,956.68 for the period November 2007 through January 2008. **(Exhibit B, affidavit of James Rosemeyer)**

5.  The Defendant owes interest on the unpaid ERISA contributions in the amount of $641.60 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B)**

6.  The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $4,151.29 for the period May 2007 through January 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). **(Exhibit B)**

7.  The Defendant owes the sum of $1,452.50 for necessary and reasonable attorney fees and costs of $510.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit C, affidavit of Daniel P. McAnally)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $36,456.82.

                                    Respectively submitted,

                                    s/ DANIEL P. McANALLY
                                    Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700

# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

DISTINCTIVE SPACES INC.

CASE NUMBER: **08 C 1781**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

DISTINCTIVE SPACES INC.
c/o BRUCE PATERSON, REGISTERED AGENT
127 AMBASSADOR, SUITE 111
NAPERVILLE, IL 60540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

March 27, 2008
Date

**ClientCaseID:** N7638/DPM
**Law Firm ID:** WHITFIEL


*182305A*

**CaseReturnDate:** 5/1/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C1781**

I, RONDA J. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Distinctive Spaces, Inc.**
PERSON SERVED **BRUCE PATERSON, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **4/13/08**

SUBJECT'S HAIR COLOR IS BLACK AND GREY.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** WHITE  **Age** 50
**Height** 5'10"  **Build** THIN  **Hair** GREY

LOCATION OF SERVICE **1608 SIERRA HIGHLANDS DR PLAINFIELD, IL, 60544**

Date Of Service **4/13/08**   Time of Service **12:07 PM**

RONDA J. FEEHAN
4/14/2008
**Special Process Server**
P.E.R.C.# 129-277836

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit B

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTINCTIVE SPACES INC.<br><br>    Defendant. | Case No. 08 C 1781<br><br>Judge Dow |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.      The Defendant submitted the contribution reports for the period November 2007 through January 2008 but did not pay the contributions. The reports show that $27,744.75 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,956.68 for the period November 2007 through January 2008.

6.      Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $4,151.29 for the period May 2007 through January 2008.

7.      The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $641.60.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:      May 21, 2008

Signature:  _____

5/15/2008

Distinctive Spaces, Inc.
127 Ambassador Suite 111
Naperville, Il. 60540

Account #24071

| | Contributions | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| May-07 | | $455.18 | | |
| Jun-07 | | $471.11 | | |
| Jul-07 | | $435.51 | | |
| Aug-07 | | $252.82 | | |
| Sep-07 | | $150.50 | | |
| Oct-07 | | $93.80 | | |
| Nov-07 | $15,378.00 | $1,436.97 | $420.31 | $1,088.46 |
| Dec-07 | $6,063.75 | $468.63 | $127.11 | $424.05 |
| Jan-08 | $6,303.00 | $386.77 | $94.18 | $444.17 |
| totals: | $27,744.75 | $4,151.29 | $641.60 | $1,956.68 |

# Exhibit C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTINCTIVE SPACES INC.<br><br>Defendant. | Case No. 08 C 1781<br><br>Judge Dow |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5. I have devoted 8.30 hours in connection with the this case at the rate of $175.00 per hour. The total attorney fees billings is $1,452.50.

6. In addition, the filing fee was $350.00 and the fees for service of process were an additional $160.00. These costs total $510.00.

7. I certify that the attached detailed attorney fees and costs totaling $1,962.50 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: May 21, 2008

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

| 5/21/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 4:06 PM | Slip Listing | Page | 1 |

### Selection Criteria

| | |
|---|---|
| Case (hand select) | Include: CTF-C./N7638 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7638 |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 355280           TIME<br>3/26/2008<br>Billed       G:73225     4/2/2008<br>Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open file for litigation; review corporate status and registered agent information for legal process. | DPM<br>Billable<br>CTF-C./N7638 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 355281           TIME<br>3/26/2008<br>Billed       G:73225     4/2/2008<br>LEXIS FEE: Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW<br>Lexis<br>CTF-C./N7638 | ▓▓<br>0.00<br>0.00<br>0.00 | 130.00<br>A@1 | ▓▓ |
| 355282           TIME<br>3/27/2008<br>Billed       G:73225     4/2/2008<br>Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM<br>Billable<br>CTF-C./N7638 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 355283           TIME<br>3/27/2008<br>Billed       G:73225     4/2/2008<br>Prepare the complaint, civil cover sheet, appearance and summons for electronic filing; file the documents; confirm the court clerk received the documents. | DPM<br>Billable<br>CTF-C./N7638 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 355285           TIME<br>3/28/2008<br>Billed       G:73225     4/2/2008<br>Prepare correspondence to legal process | DPM<br>Billable<br>CTF-C./N7638 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 5/21/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 4:06 PM | Slip Listing | Page | 2 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service.

| 355284 | TIME | DPM | 0.40 | 175.00 | 70.00 |
|---|---|---|---|---|---|
| 3/28/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73225    4/2/2008 | CTF-C./N7638 | 0.00 | | |

Review complaint filed at the Federal Court; load information regarding the filing date, case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same.

| 355726 | TIME | DPM | 0.25 | 175.00 | 43.75 |
|---|---|---|---|---|---|
| 4/3/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73376    5/1/2008 | CTF-C./N7638 | 0.00 | | |

Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Honorable Robert M. Dow, Jr: The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all discovery. Discovery to be completed by 7/24/08. Plaintiff to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 5/13/08. Parties to file a joint status report by 5/20/08.; download documents to the file folder; print document and enclose in file.

| 357607 | TIME | DPM | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|---|
| 5/9/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7638 | 0.00 | | |

Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date.

| 5/21/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 4:06 PM | Slip Listing | Page | 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 357609     TIME<br>5/9/2008<br>WIP<br>The Defendant did not file an Answer; draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code, in preparation for the motion for default judgment. | DPM<br>Billable<br>CTF-C./N7638 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357669     TIME<br>5/12/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the court filed summons; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7638 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 358202     TIME<br>5/21/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPM<br>Billable<br>CTF-C./N7638 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |

Grand Total

| | Billable | 8.3 | 0.00 | $1,452.50 | 0.00 |
|---|---|---|---|---|---|
| | Unbillable | | | | |
| | Total | | | | |

*Filing Fee*         $350.00

*Service*         $160.00
                 _____
                 $1,962.50

| | |
|---|---|
| **STERN PROCESS & INVESTIGATION, LLC**<br>205 W. RANDOLPH ST 1210<br>CHICAGO, IL, 60606  Phone (312)-853-2150  Fax (312)-853-3119 | Tax ID 04-3801615 |

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601       Phone: (312)-251-9700  Fax: (312)-251-9701

### Invoice#   182305

Date Of Invoice:   4/14/2008

Plaintiff: Trustees of the Regional Council of Carpenters Pension Fund
Court CaseID:   08C1781       Firm#  N7638/DPM       Case Returned Date:   5/1/08
County:        UNITED STATES DISTRICT COURT
Process Server:   RONDA J. FEEHAN            ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1 Distinctive Spaces, Inc. | Type Of Service: CORPORATE SERVICE |
|---|---|
| Person Served:  BRUCE PATERSON, REGISTERED | Date Of Service: 4/13/2008  Time: 12:07 PM |
| Sex MALE  Age 50  Height 5'10"  Build THIN | Hair Color GREY   Race WHITE |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:  Time: |
| Sex  Age  Height  Build | Hair Color   Race |

Location   1608  SIERRA HIGHLANDS DR , PLAINFIELD, IL,    Type Of Premise:   HOUSE

| | | | |
|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$55.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
PAYABLE UPON RECEIPT, 2% PER MONTH

SUBJECT'S HAIR COLOR IS BLACK AND GREY.

**STERN PROCESS & INVESTIGATION, LLC**
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606       Phone (312)-853-2150     Fax (312)-853-3119

Tax ID  04-3801615

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601       Phone: (312)-251-9700  Fax: (312)-251-9701

### Invoice#   181574
Date Of Invoice:  4/9/2008

Plaintiff: Trustees of the Regional Council of Carpenters Pension Fund
Court CaseID:   08C1781       Firm#  N7638/DPM       Case Returned Date:  5/1/08
County:   UNITED STATES DISTRICT COURT
Process Server:   LARRY E. BIELA          ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1 Distinctive Spaces, Inc. | | | | Type Of Service: NON-SERVICE | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service: 4/8/2008  Time: 8:20 AM | |
| Sex | Age | Height | Build | Hair Color | Race |

| Defendant:#2 | | | | Type Of Service: | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service:  Time: | |
| Sex | Age | Height | Build | Hair Color | Race |

Location   127 Ambassador #111, Naperville, IL, 60540        Type Of Premise:  OFFICE

| Delivery Charge | $0.00 | Rush | $0.00 |
|---|---|---|---|
| Bad Address | $55.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $50.00 | Advanced fees | $0.00 |

**Total:    $105.00**

Date Received          Check No         Amount Received   $0.00
                                         Balance Due       $105.00

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**

I ATTEMPTED SERVICE ON 4/8/08 AT 8:20 AM. THE BUSINESS HERE APPEARS TO BE CLOSED. I WENT TO A NEIGHBORING BUSINESS AT SUITE 103 CALLED "NAPERVILLE TELEVISION" AND SPOKE TO BOB (60/MALE/WHITE/6'0"/THIN/GREY HAIR). HE RELATED THAT HE HAS NOT SEEN ANYONE AT THE BUSINESS IN A LONG TIME. HE DOES NOT KNOW WHERE THE BUSINESS WENT BUT HAD CONTACT NUMBERS FOR BRUCE PATERSON (WORK - 630-305-0600, CELL - 630-615-7932). BAD ADDRESS. UNABLE TO SERVE. A SKIPTRACE LOCATED THE DEFENDANT TO 1608 SIERRA HIGHLANDS DR, PLAINFIELD, IL 60544. SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

| | | |
|---|---|---|
| ClientCaseID: N7638/DPM |  | CaseReturnDate: 5/1/08 |
| Law Firm ID: WHITFIEL | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08C1781**

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **Distinctive Spaces, Inc.**
I HAVE ATTEMPTED TO SERVE    **SUMMONS AND COMPLAINT**
AT THE LOCATION   **127  Ambassador #111**          Naperville, IL, 60540
BEING A              **OFFICE**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

I ATTEMPTED SERVICE ON 4/8/08 AT 8:20 AM. THE BUSINESS HERE APPEARS TO BE CLOSED. I WENT TO A NEIGHBORING BUSINESS AT SUITE 103 CALLED "NAPERVILLE TELEVISION" AND SPOKE TO BOB (60/MALE/WHITE/6'0"/THIN/GREY HAIR). HE RELATED THAT HE HAS NOT SEEN ANYONE AT THE BUSINESS IN A LONG TIME. HE DOES NOT KNOW WHERE THE BUSINESS WENT BUT HAD CONTACT NUMBERS FOR BRUCE PATERSON (WORK - 630-305-0600, CELL - 630-615-7932). BAD ADDRESS. UNABLE TO SERVE. A SKIPTRACE LOCATED THE DEFENDANT TO 1608 SIERRA HIGHLANDS DR, PLAINFIELD, IL 60544. SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

Date Of Last Attempt    **4/8/08**          Time       **8:20 AM**

LARRY E. BIELA                                   4/9/2008
**Special Process Server**
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.