IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTINCTIVE SPACES INC.<br><br>Defendant. | Case No. 08 C 1781<br>Judge Dow |

### NOTICE OF MOTION

Bruce Paterson
DISTINCTIVE SPACES INC.
1608 Sierra Highlands Dr.
Plainfield, IL 60544

PLEASE TAKE NOTICE that on **May 29, 2008** I shall appear before the Honorable Judge Dow at approximately **9:15 a.m. in Courtroom 1919** at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on May 21, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700