# United States District Court, Northern District of Illinois

/hHN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1781 | **DATE** | 5/29/2008 |
| **CASE TITLE** | TRUSTEES OF CHGO. REGIONAL COUNCIL OF CARPENTERS vs. DISTINCTIVE SPACES, INC. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund for default judgment [8] as to Defendant is granted. ENTER JUDGMENT ORDER: It Is Hereby Ordered that judgment is entered in behalf of Plaintiffs and against the Defendant in the sum of $35,456.82.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|