MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND, Plaintiffs, v. DISTINCTIVE SPACES INC. Defendant. | Case No. 08 C 1781<br><br>Judge Dow |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on March 27, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, DISTINCTIVE SPACES INC., in the sum of **$36,456.82** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (11/07 - 01/08) | $27,744.75 |
| b) | Interest on ERISA Contributions | $641.60 |
| c) | Liquidated Damages (05/07 - 01/08) | $4,151.29 |
| d) | Union Dues (11/07 - 01/08) | $1,956.68 |
| e) | Attorney Fees and Costs | $1,962.50 |
| | **TOTAL** | **$36,456.82** |

ENTERED:

*[signature]*

ROBERT M. DOW JR.
UNITED STATES DISTRICT JUDGE

DATED: May 29, 2008