IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, WELFARE and APPRENTICE TRAINEE FUNDS )<br>Plaintiffs Judgment Creditor, )<br>)<br>v. )<br>)<br>DISTINCTIVE SPACES, INC. )<br>Defendant Judgment Debtor, )<br>)<br>)<br>INTEGRA BANK )<br>Third Party Citation Respondent. ) | Case No. 08 C 1781<br>Judge Dow |

**RELEASE AND DISCHARGE OF CITATION**

To:   Frances Mayes                    Distinctive Spaces Inc.
      Integra Bank                     Bruce Paterson
      Facsimile : 812-461-9132         630-305-0655

The Judgment Creditors, by their attorney Daniel P. McAnally hereby release and discharge the citation to discover assets served upon the citation respondent, **Integra Bank** and **Integra Bank** is directed to lift the freeze on all accounts of DISTINCTIVE SPACES, INC.

s/ DANIEL P. McANALLY
Daniel P. McAnally
Attorney for Judgment Creditor

Date: August 5, 2008

Certificate of Service
I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Release and Discharge of Citation to Discover Assets by facsimile to the person/s to who said Notice is directed on August 5, 2008.

Daniel P. McAnally
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700