IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, WELFARE and APPRENTICE TRAINEE FUNDS,<br><br>Plaintiffs Judgment Creditors,<br><br>v.<br><br>DISTINCTIVE SPACES, INC.<br>Defendant Judgment Debtor,<br><br>JPMORGAN CHASE, BANK, N.A.<br>Third Party Citation Respondent. | Case No. 08 C 1781<br><br>Judge Dow |

## AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To: JPMorgan Chase Bank, N.A.  Via Facsimile : 225-332-7274
451 Florida Street
P.O. Box 260164
Baton Rouge, LA 70826

The Judgment Creditors, by their attorney Daniel P. McAnally and the Judgment Debtor by its owner / officer, Bruce Paterson, hereby agree that JPMorgan Chase Bank, N.A. turn over to the Judgment Creditors the sum of $8,654.43 held by JPMorgan Chase Bank, N.A. pursuant to a citation to discover assets previously served on JPMorgan Chase Bank, N.A.

Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to JPMorgan Chase Bank, N.A. and further authorize JPMorgan Chase Bank, N.A. to lift the freeze on all accounts of Distinctive Spaces, Inc.

By: _____     By: _____
Daniel P. McAnally                Bruce Paterson, owner / officer
Attorney for Judgment Creditor    Distinctive Spaces, Inc.

Dated: August 7, 2008             Dated: August 7, 2008

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Agreed Turnover and Release and Discharge of Citation to Discover Assets by facsimile to the person/s to who said Notice is directed on August 7, 2008.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700